O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCOS CARDENAS,<br><br>                    Petitioner,<br><br>          v.<br><br>STU SHERMAN, *Warden*,<br><br>                    Respondent. | Case No. SA CV 16-1527 AB (JCG)<br><br>**ORDER SUMMARILY DISMISSING ACTION WITHOUT PREJUDICE AND DENYING CERTIFICATE OF APPEALABILITY** |

On August 18, 2016, petitioner Marcos Cardenas ("Petitioner"), a California prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus ("Petition"). [Dkt. No. 1.]  Notably, this is not Petitioner's first federal petition challenging his 2010 state court conviction for first degree murder.  (*See* Pet. at 2.)  Rather, Petitioner also challenged this *same* conviction in 2014 ("2014 Petition").  [*See* C.D. Cal. Case No. SD CV 14-0639 AB (JCG), Dkt. No. 1.]  The 2014 Petition was denied.  [*See id.*, Dkt. Nos. 20, 22, 23.]

Nevertheless, Petitioner failed to obtain the Ninth Circuit's authorization to file a "second or successive" petition before commencing the instant action.  *See* 28 U.S.C. § 2244(b).  Thus, the Petition is an unauthorized "second or successive" petition, and

1

1 | the Court must dismiss this action for lack of jurisdiction.  *See id.*

2 |      Accordingly, **IT IS ORDERED THAT** this action be **SUMMARILY**

3 | **DISMISSED WITHOUT PREJUDICE**, pursuant to Rule 4 of the Rules Governing

4 | Section 2254 Cases in the United States District Courts.

5 |      **IT IS FURTHER ORDERED** that a certificate of appealability be **DENIED**

6 | because Petitioner has not shown that jurists of reason would find it debatable whether

7 | this Court was correct in its procedural ruling.  *See Slack v. McDaniel*, 529 U.S. 473,

8 | 484 (2000).

9 |      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:   October 28, 2016            _____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2