JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CARDENAS, | Case No. SA CV 16-1527 AB (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| STU SHERMAN, *Warden*, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 2244(b).

DATED: October 28, 2016

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE